United States District Court
Southern District of Texas
**ENTERED**
February 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CESAR ALEXANDER GUERRA ALARCON, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-241 |
| | § | |
| KRISTI NOEM, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Cesar Alexander Guerra Alarcon is currently detained by Immigration and Customs Enforcement at the Port Isabel Detention Facility in Cameron County, Texas. Petitioner presents a petition for writ of habeas corpus and requests emergency injunctive relief including his immediate release or an order requiring that he be provided a bond hearing. (Petition, Doc. 1) The Court referred the matter to a United States Magistrate Judge for pretrial purposes. (Order, Doc. 2)

The Government responded to the substance of the petition, seeking summary judgment, arguing that Petitioner's continued detention without a bond hearing is lawful. (Response & MSJ, Doc. 6) The Petitioner filed a Reply (Doc. 7), making the matter ripe for adjudication. To facilitate the Court's consideration of the matter, it is:

**ORDERED** that the Court's Order Referring Case (Doc. 2) is **RESCINDED**; and

**ORDERED** that the parties shall appear for hearing via videoconference on February 25, 2026, at 1:30 p.m. The Court's Case Manager will e-mail the parties a link for the hearing on the morning of the hearing.

Signed on February 4, 2026.

Fernando Rodriguez, Jr.
United States District Judge